U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUL 25 2016

TONY R. MOORE, CLERK
BY: _____MB_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| CATHERINE CHASE NUGENT DUNN, Plaintiff | CIVIL ACTION NO. 1:16-CV-00707 |
| VERSUS | JUDGE TRIMBLE |
| JUDGE THOMAS M. YEAGER, ET. AL., Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Plaintiff's Motion for Leave to Proceed *in forma pauperis* (Doc. 2) is DENIED and Plaintiff IS ORDERED to pay the filing fee within thirty days or face dismissal of the action.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 25th day of July, 2016.

JUDGE JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE